Our next case is number 23151, Home Depot, U.S.A. v. Lynk Labs, Inc. Okay, Ms. Nall. May it please the Court, Jennifer Leigh Brock Nall for Appellant Home Depot. The issue before the panel is whether substantial evidence supports the Board's determination that the petition failed to show claim 2 of the 149 patent was unpatentable. As I'll explain, based on the evidence that is undisputed here on appeal and the arguments of the dispute as briefed by the parties, there is no evidence that supports the Board's determination. I'll start with the undisputed evidence as shown in the responsive brief. Can you just help me with the claim language? I don't even understand what the claim means. When you're talking about a driver being configured to receive forward voltages, it may be, I don't know if it's either easier to use the patents, figures 25 or 26, or prior art figure, I found figure 5 of Dease to be helpful, but I thought the driver was what received the main voltage or whatever outside voltage is coming in and that the driver then sent it through whatever the rest of the circuit was and the forward voltage is just the rate that's needed to turn on and off diodes. And so I don't understand how it even makes sense to think of the driver as receiving forward voltage. Your Honor is absolutely correct in the way you've described it and I think we could look at figure 5 or the patent to discuss it, but looking at figure 4 is at page 10 of the responsive brief. It's a version of figure 5. In Dease, there's one place that the circuit receives power. It's AC mains. That's undisputed. Claim 1 was found unpatentable over Dease and the driver there receives AC mains. That is undisputed on appeal. So can I just stop you there? Because this science is very, very hard. I've done my best to understand, but this electronic stuff is among the hardest for me. So in figure 4, the mains comes in to the driver.  And then what happens from there to activate the LEDs? Does it somehow convert it or do something to it to make it the right forward voltage to activate some or all of the LEDs? So a circuit is a circle and you have to be connected from the positive of the input voltage to the negative. And when you go across the circuit, it goes from whatever the input voltage is, like 120 volts mains, to zero, which is ground, right? And as it flows, voltage dissipates maybe heat through your signal or maybe over your driver and all along, a little bit of the voltage is used up as it goes through the circuit. So it goes from 120 to zero. So in Dease and in the 149 patent, you have an input voltage come in. You have some, it's not discussed, but you have some dissipation over the wire as it gets to the driver. Then you have a dissipation, like a voltage drop across the driver. And then you have a voltage drop across the LED circuit. And then you have the voltage drop of any resistors or any other circuits before it gets to ground. So for... Can I just, I don't mean to interrupt you, but I want to make sure I understand. And the forward voltage comes into this as not, as the rate that's needed to power something. So the forward... What is that something? So a forward voltage for an LED, there's a range at which it works. And the forward voltage is the minimum amount needed to turn on the LED. And here it's the whole LED arrays. It's not just a single LED, which has a very small forward voltage. It's the whole LED array. And either the patent or Dease or both have a way of working with part or all of the array. And all of the array needs more forward voltage maybe than part of the array? Yes, exactly. So it's undisputed that if you have the full array, all 12, it would have... It would need more forward voltage than if you have the partial array 1 through 11, which would need more forward voltage than the partial array 1 through 10. Is that determinate... And I know determination is the wrong word for electrical stuff. But is all of that happening after... See, I have a problem with what the driver is. Is that happening within the driver? Is it happening after the driver? It's certainly not happening before it comes into the driver. There's no determination. So the amount... In electrical engineering, V equals IR, Ohm's Law, voltage equals current times resistance. So the amount of the voltage that drops depends on the amount of current and the amount of resistance. And so there's no determination of the forward voltage. If you are below the forward voltage of the LED, it doesn't turn on. And if you are significantly above the forward voltage of the LED, there's a breakage point where the LED will burn out. Right? So you can have the forward voltage... So are there things in there and things... I'm going to be as precise as possible, but it's going to be completely imprecise. Are there things in that driver that can either boost or lower that to make sure the LED is operating as efficiently as possible? No, not in the 149 patent and not in DEECE. That is not something that is done. You have to design circuits so that you don't burn out your LEDs. So in DEECE, what they've done is... It's a traffic light, and you don't want to have your traffic light not working during brownout conditions. Blackout, you have no power. There's nothing you can do. But brownout, there's a droop. Instead of 120 volts, you get slightly less, variable less. And so in DEECE, what they did is in 120 volts, you get all 12 arrays. But if there's a droop between 107 and 97 volts that's received, the DEECE circuit shunts. So it shorts out and removes LED array 12. And so the circuit is different. It requires less minimum voltage to turn on. And if it droops more underneath 97 volts of the input, it shunts another LED array. 11 is removed. But it's still working because it's just lessening the no. The whole light's still working. In the lowest range, below 97... I understand. I'm not being precise for your electrical engineering, but I'm trying to understand this in lay terms. That's all very helpful. And it gets back to my original question, which is, does it make any sense to talk in terms of forward voltage coming into the driver? It sounds like that relevant forward voltage, which is enough to power the circuits, has nothing to do with what's coming in from the mains or any other power source. Forward voltage is relevant to the operation of the circuit within, and so is claimed to just nonsense. I know you don't want to call it nonsense. What I'm taking away from this, I'll put my cards on the table so the others can respond, is it seems like the board said, well, you didn't show where forward voltage is coming into the driver, which maybe you didn't, because that doesn't make any sense. Forward voltage doesn't come into the driver at all. The mains voltage comes into the driver, and the forward voltage concept is relevant after it comes into the driver. And, Your Honor, that might be what the board meant. It's hard to say because in appendix page 50 there's only three lines. We don't exactly...  Let me ask you this. And we didn't get a claim construction on all of claim two. What if claim two was properly understood as where the driver is configured to receive sufficient mains voltage or to power or to work at two different AC forward voltages? Does that make more sense? I think that is the way that we interpret it, and that doesn't make sense. Yes, that's why I read your brief, and I thought, well, of course it has to work that way. That's not what it says, though. You definitely didn't show the specifics of this. I think you're trying to make sense of the claim and say, of course, ours does that if that's what the claim means. I agree with you, but if the claim just means the driver is configured to receive forward voltage, if that doesn't exist in the real world, then do you really care whether this claim is valid or not? Your Honor, this is the only remaining claim at the district court, and we need to know what it means. If it means that, we just do need to know so that when the case is unstated, the district court could deal with that. And you're right. We would not, as Home Depot would be fine if that's the interpretation. It's just very hard to understand from the claims. Claim one, which this is dependent from, talks about a driver configured to receive an AC voltage from a mains power source and provide a voltage in a current. That makes sense. You get the driver, it's getting the mains voltage. I think probably I would agree with you that you're trying to make sense of this, and the only way that it works electrically is that claim two means where the mains power coming in is sufficient to use to configure two different AC forward voltages. Yes. And if that's the case, your position is, well, of course D shows that, because it shows power coming in, mains power coming in, and its system operates at at least two different forward voltages. Yes, Your Honor. That's exactly right. So either your view, I'm sorry, I'm taking up all of your time, but either your view is the proper understanding of this is a slight reinterpretation, which you obviously show, or if they're just talking about forward voltage coming into the driver, that's basically an impossibility and it doesn't matter. Yes, Your Honor. But in that circumstance, just to follow up, we're in the IPR, so you don't have written description, enablement, indefiniteness at your fingertips, right? Yes, Your Honor. So either we construe it in a way that makes some sense and then we look at Ds in that context, or we say, too bad, you're in the wrong form, go back to the district court, and I presume you have defenses in the district court that would get into if judge, if we were to adopt Judge Hughes' second choice, which is nonsense, that's the way nonsense would be adjudicated. Yes, Your Honor. Although they do dispute that the claim construction was right below, and so they would probably in the district court try and find a way to get around whatever the PTAB decided to try and get a different claim construction. So there is a dispute about this, and this court does have precedent where if there is an indefiniteness issue, which I agree that that is one definite interpretation of this claim, that if there is a way to interpret it that you can resolve the claim, that it should be resolved. Okay, so let me follow up. You think we have the authority to say, look, if you're just looking at the plain language of this claim, it makes no sense. The only way to understand it is the way we've articulated it. That makes it definite. It makes sense. And if we do that, what do we do? Do we send it back to the board, or is it undisputed on the record that Deese would show this if it was the driver receives main voltage that's sufficient to have two different AC voltages? Would we just say that from just the record in looking at Deese, or do we have to send it back to the board to make that fact-finding? Your Honor, every fact here is undisputed. It's undisputed that Deese receives all of its voltage at the driver. It's undisputed that there are multiple configurations with multiple forward voltages. The only dispute that I believe exists is whether or not the driver has to receive exactly the forward voltage amount, or if it's a comprising claim and it can receive more than it. So your construction would be that the driver has to receive sufficient voltage to output two different forward voltages? The driver has to receive sufficient voltage. Not at the same time, Your Honor. That has to be configured to operate such that it, at some points in time, outputs two different... That it receives sufficient voltage that it can output two different forward voltages. Yes, Your Honor. I mean, one more question, as soon as I'm done. Let's just make this easy for me. If you're plugged into a wall and you're getting electricity from the wall in a standard 120 volt, and it's coming into the driver, it's never going to be receiving forward voltages at different amounts. It's going to be receiving 120, and it's by the operation in the driver and after, if there's an after, that the forward voltage is different. So it's not. Again, I'm getting back to the, like, I don't understand how this would actually work, that a driver would receive outside power that's at different forward voltage rates. It receives whatever power rate it's plugged into, either 120 or maybe if it's, you know, commercial or something, it could be higher. You're exactly correct. But if you think about, forward voltage is a characteristic of the light bulb. Like, a 60 watt light bulb uses 60 watts. And when you screw it in, the lamp is plugged in, it gets 120 volts, but it only gets that 60 watts of power. Just like the forward voltage is the characteristic, the 60 watts. And when you plug it in, it's getting the 120, but it's only using, the light bulb's only using its forward voltage. Or slightly, it can be slightly more, but the minimum amount to turn it on, if it's on, is the forward voltage. So, is it the case that if the driver received only a minimum voltage, that it wouldn't be outputting a minimum voltage because the voltage drops at the driver? Yes, Your Honor. Okay. All right, thank you, Ms. Molley. We'll give you two minutes, Ms. Molley. Thank you. Mr. Schreiner. Good afternoon, Your Honors. My name is Steve Schreiner. I'm from Carmichael IP. On behalf of the Patent Owner Link, I'm here with my colleagues, Jim Carmichael and Steve McBride. Let me go ahead and address the, what seems to be the focal point of the question so far. And that's, what does claim two mean? Claim one recites that you have a driver, and the driver has a voltage input, and the driver has a voltage output. And in claim one, it recites that the source for the driver input is AC mains. Now, what claim two is talking about is the magnitude of the voltage input to the driver. Claim two is saying that the value or the magnitude that's received by the driver is at least two AC forward voltages. But if the driver only received a minimum voltage, it couldn't output a minimum voltage, right? No, it could. A driver can have a step-up or a step-down functionality. In fact, if you look in DEIS, DEIS provides a specific example where the driver receives 120 volts and it outputs 180 volts. I'll cite to that passage of DEIS, which is in the record. This is appendix 1269, column 8, lines 57 through 59. It states the DC voltage across lines 112 and 116 will be approximately 170 volts for an input supply voltage of 120 volts AC. So what that is describing is a driver that receives 120 volts, but it outputs 170 volts to the LED array. The driver is to change the voltage, right? To convert from AC to DC, and it also changes the voltage. The driver doesn't necessarily have to change the voltage. It can change the voltage. It can step the voltage up if that's required for the particular LED array configuration that's connected at the output, or it can step the voltage down if that's required for the LED configuration connected at the output. What's the purpose, in your view, then, of having a claim that says that the driver receives the minimum voltage? What does that accomplish? What's the point here that helps us to construe the claim? What's the point? First, let's talk about the forward voltage. Answer my question. This is part of the answer. The forward voltage is a single value, as defined, as advocated by Home Depot, before the board, and as adopted by the board. It is the minimum voltage difference across the LEDs to carry current. It is not a range, as my friend just suggested. And so what the driver does, the driver receives a voltage input. No, but just address my question. What is the point of a claim that says the driver receives a minimum voltage? In other words, should we construe the claim as meaning that the driver receives at least the minimum voltage, or are we saying that it receives exactly the minimum voltage? As construed by the board, the claim is saying that the driver receives the forward voltage. Only the minimum voltage. As defined by the board. What's the point of that? The point of that is that the driver, in that case, as claimed, the driver is receiving a voltage input value that equates to the voltage output, that is the forward voltage, for the connected LED array. So it's receiving the voltage required to turn that LED. What's the point? Why? By your own description of a driver, it could receive a larger voltage and convert it to a minimum voltage. What is the point, in your view, of having it receive exactly the minimum voltage? Well, one example would be so that the driver doesn't have to have a bunch of additional circuitry to step the voltage down. So, for example, if it's a 120-volt input, if that were the case, and the output voltage is a much lower forward voltage, then that driver is going to have to have step-down circuitry to reduce the 120 volts down to, let's say, 6 volts or 10 volts or whatever it is. But the claim recites that the driver is receiving the forward voltage of the connected LED array, so there doesn't have to be any step-down or step-up. So if the LED, the connected LED, operates at 90 voltage and 120 voltage, there's two different ones. Right. How does it work that you receive two different voltages from the power source? Because the circuit can be configured so that the power source provides, I think your example, with 90 and 120 volts. The claim doesn't say that it's receiving 120 volts from the wall. We're using that as an example to give us a little bit of context. So your assumption is that, because, I mean, practically speaking, if you're plugging this into the wall, and let's just assume we're using a 120, you're not receiving two different voltages, you're receiving 120. And so, is that not right? If I plug something into a wall, it's receiving 120. Normally, if you plug something into the wall, you'll receive 120. So is your view that this claim has some intermediary between the wall and this driver that can step down and send two forward voltages? The first point is, you can plug into AC mains that has a value other than 120 volts. We know that, worldwide, the value of AC mains changes, so it's not necessarily 120 volts. Yeah, but the AC mains generally don't have two different options. They either have, and here, you asked, we have 120 and 240 in different countries, there's different things. But they're all one, aren't they? And there could be intermediate circuitry, as your Honor suggested, that converts that AC mains voltage. That's the only way, let's just assume we're talking about, to simplify things, if it makes a difference, you can tell me why, but I don't think it does. That we're talking about plugging into a standard 120 voltage. In order for this to make sense, there would have to be intermediate circuitry that would take that 120 and change it to two different forward voltages to send that one to the driver talked about here. That's correct, but that doesn't correspond to the claim language. I know, where is that in the claim specification? But that's the problem, when I'm looking at your claim and your diagrams, it doesn't show me where, when it's the driver they're receiving, what it's receiving the power from. And so, in order to make sense, I have to figure out how to make sense. Let me, can I ask you this?  Does, if there is no intermediary between the 120 volt plugged into the wall and the driver, does this make any sense that the driver would receive two different forward voltages? It would just be receiving 120. I don't think so, I think the claim does make sense. I mean, look, we're talking... Yeah, but can you listen really carefully, and I don't want any additional things added. If all this means is you have, you're getting mains power from the wall at 120, and there's nothing between the wall and the driver, is that driver receiving two different AC forward voltages? In that hypothetical, no, but it doesn't correspond to the claim language. The claim language does not require a voltage input value of 120 volts. The specification gives, you know, a number of examples of different voltage inputs. But where in your diagram does it talk about that it's either receiving this from some kind of intermediary that changes it, or that it's somehow changing, there's some power outlet out there that's capable of transmitting it two different forward values? Yeah, the problem with this discussion is this is all about indefiniteness in section 112, and that was not an issue before the board. Yes, but in order for us to determine whether this claim was shown invalid or not, we have to have an understanding of the proper construction of the claim. Okay. And I don't understand if we're just talking about what on this face of this and with your diagrams, what this driver is receiving, if not mains power. It's connected to mains power, but the magnitude of the voltage input to the driver corresponds to at least two different forward voltages. How is that happening? If it's just receiving 120, how is it that it's receiving only minimum voltage? It's not limited to receiving 120. There's plenty of specification support describing multiple different AC mains inputs to the driver. I mean, the claim makes sense. Look, we know that the forward voltage corresponds to the voltage needed to drive the output. Wait, wait, wait. Let me ask you this. I don't think this is what you said. Yeah. It may be what you meant. Are you saying these devices are capable of receiving at least two different forward voltages because you could use them in the U.S., you could use them in Germany, you could use them in different countries that have all different forward voltages? Or you're saying that it's capable of receiving two different forward voltages from a standard voltage in one country? The former makes sense to me, but it's not remotely what you said. The driver is configured to be able to receive at least two forward voltages, and we know that those forward voltages correspond to the voltages needed to drive two LED arrays. If you just look at the claim language, it does make sense. I understand what you're saying. One, how does your patent show that? And also, how does that make sense in the real world? That's a Section 112 issue. I don't care. You have to answer my question, even if it's not an issue before us. The claim makes sense. Let's look at Claim 1. Claim 1 states that the driver is configured to receive an AC voltage from a mains power source. So that's a voltage input from a source. And it may provide a voltage and current to at least one LED circuit. That's a voltage output from the driver. Now, what does Claim 2 say? Claim 2 adds on that the driver is configured to receive at least two different AC forward voltages. So that's talking about the voltage input to the driver. It receives a magnitude that is the forward voltage of the LED array connected on the other side. Give me a real-world example of what that means. I think we're drifting into an enabled inquiry, and that's not the proper— Again, I don't care whether it's not an issue here. Give me a real-world example that helps me understand how this claim works, if that's what you're saying. The device could be connected to an AC mains that exactly equals the forward voltage of a LED-connected array. Or it could have a switch to receive two different mains inputs corresponding, that is, equating to the forward voltages. Where's the switch? You know, we're talking about hypotheticals. Where's the switch? Is the switch in the driver? We're talking about hypotheticals. Is the switch in the driver? Yeah, we're talking about hypotheticals here, so I'm giving you a hypothetical answer. No, answer my question. Yes, sir. You talked about a switch. Are you talking about a switch in the driver that switches between two different voltages? It could be a switch in the driver. It could be a switch before the driver. Well, if it's in the driver, then it's not receiving the minimum voltage. The claim makes sense. The problem is that we're drifting away from the claim construction that Home Depot advocated. They advocated that a forward voltage… The claim doesn't make sense, because in any real-world understanding that I can think of, the voltage that comes in is one voltage. Is there a world out there in any country where you can go over to your wall and flip between 120 and 240? Yeah, certainly. There are systems, there are devices called universal voltage regulators, and that can receive multiple different AC mains voltage inputs, 120, 240, etc. You know, we talk about 120. That's typical for houses, but the U.S. also has 240. But that's an intermediary device that can receive both of them. That could be part of the driver. Yeah, but if it's part of the driver, then the driver is not receiving it. It's creating it. The driver can receive… Our job on appeal from a board decision in an IPR is not to evaluate indefiniteness. But if we are going down this path, then I think the case law is that the court should attempt to make sense of the claim. And we know what a forward voltage is. Right, and if that's what we're going to do, what's wrong with the construction that I was discussing with your friend, that it should really be read as the driver is configured to receive power from the mains that can make sufficient or operate or whatever you want to use at least two different forward AC voltages? Isn't that what is the most logical reading of this? No, I don't think so, because that's redefining it as a range. No, not a range, two different ones. I'm not talking about a range. But let's look at the prior arc. Okay, so let's look at Dease to put this in context. So I just discussed an example from Dease where Dease describes that it's outputting a forward voltage to the LED arrays that's 170 volts. And its input is 120 volts. The input to the driver is 120 volts. So in that case, even under your Honor's construction, the driver is not receiving the forward voltage of the connected LED arrays, because the driver is only receiving 120, but the LED array forward voltage is 170. Rearticulation was receiving exactly that, which makes no sense to me, because it receives one voltage. It was sufficient. Stop, don't interrupt me. It was receiving sufficient voltage to do two different forward voltages. And so even if the driver is receiving 120, if that's sufficient through the use of the driver to bump it up to 170, that would meet the rearticulation. Respectfully, no, because the forward voltage in that example in Dease is 180. It's not 120. But the 120 would be sufficient to create a 180 forward voltage. It has to be, because that's the way Dease operates. But the 120 itself is not the forward voltage. That's why you have the driver. But that's why I've rearticulated the claim understanding, and you're not living with that. I understand you don't want that. I really don't. You're out of time. I'm done. Is there anything in the specification that explains what's meant by this, by Claim 2? Figure 30C is an example that shows an embodiment of Claim 2. 30C? Where's that? Figure 30C would be... 30C? Yeah, let me find it. Where does the specification describe this as an embodiment of Claim 2? It's Appendix 74. Yeah, one point I would add is... Where does the specification describe this as an embodiment of Claim 2? Figure 30C is Appendix 74. And let me find it in the specification where it's described. Okay, figure 30 is discussed. This is Appendix 99, column 18, lines 27 through 32. And so what figure 30 is, it's actually a series of figures that shows an input to a driver and then eventually an output to LED arrays connected at the output side. And if you look at figure 30C, this again is Appendix 74. You see that the inputs to the driver, there's a 120 volt AC, there's a 240 volt AC, and then there's other voltage inputs to the driver. So this is describing an LED driver that has multiple different voltage inputs. And those voltage inputs can correspond... And where does it show that the driver receives two different forward voltages? On the left-hand side, it's showing 120 volt AC and 240 volt AC. So these are multiple different inputs to the driver. How does it identify those as forward voltages? That's just the... Well, no, that's the point. That's the point in the embodiment of the claim. The driver is connected, in the case of 120 volts input, the driver is connected to an LED array that has a forward voltage of 120 volts. That's what it needs. So what it's describing is a situation in which the minimum voltage is the same as the output voltage from the wall. As defined...  Yes, no. As defined as the forward voltage... No, no. I can't give you a yes... I just need to qualify it, Your Honor. As defined by Home Depot and the board as the minimum voltage, Link does not agree with that construction. Link... You're not answering my question. I'm sure, Your Honor. You're saying that 30C shows an embodiment of Claim 2 because it shows a situation in which the wall output is the minimum voltage and it shows two different wall outputs. Is that right? It shows...  It shows two different... Yes or no. It shows... As I described it, the answer is yes. Okay. I just want to add... Can I... You may have just... Stop, stop, stop. Yes, Your Honor. You may have just answered this question, but I just want to make clear. This diagram, which shows 120 or 240... Right. Does this just mean that you're saying this LED array has circuitry sufficient to be plugged into either a 120 or a 240 and that it will run through different things because they have all these AC1, AC4, AC... Right, right. But not at the same time. The claim does... Okay, the claim itself, this is the issue of simultaneity that the Home Depot brought up. The board didn't address simultaneity. The board didn't do anything beyond two or three bare-bones sentences, which is the problem here. Right. But my question is, how do we know these are forward voltages and not mains voltages? It sounds to me like this is just saying whatever this figure 30C shows is this LED array can be used in both types of situations, which is fine, but that doesn't sound like forward voltage. All it sounds to me is that it can be used with a main voltage of 120 to generate a forward voltage of 120 or a mains voltage of 240 to generate a forward voltage of 230. That does not seem to be what the board understood and why they rejected the petitioner. Your Honor is correct that that would be an example of how the claim could be implemented. I think the board did understand because what the board said was... Remember, the burden is on the petitioner here to validate the claim. The burden is not on the patent owner. And what the board said... The board states... What page? Appendix 50. Let me just pull out the final written decision myself. Appendix 50. The board states... Whatever the value of AC mains voltage received at lines 118 slash 120 in these, that voltage is still AC mains voltage. While the forward voltage in the array may vary if the value of AC mains voltage varies, neither petitioner nor Dr. Lebbe explain how the forward voltage of the LED array is received by the driver. So the board is making the point that, yeah, Petitioner, Home Depot, you've explained that these has three LED array configurations and each one can require a forward voltage to power it. But that does not show that the driver receives as a voltage input the forward voltage. Your problem is that your explanation of figure 30C just shows that they're receiving mains voltage of 120 or 240. It doesn't say anything about that being forward voltage. And there's no explanation in the specification that that's forward voltage. I mean, the specification discloses... discusses forward voltage elsewhere. Let me see if I can find the... I think we're out of time. Yeah. Okay. We're out of time. Yeah. You have to sit down. All right. Thank you very much. Ms. Noll, you have two minutes. Thank you, Your Honor. There's just a couple of things that I want to point out from counsel's argument. Figure 30C, as Your Honors noticed, is not an embodiment of Claim 2 because what it shows is 120... 240 volts and 120 volts going into a driver. And so, as an electrical engineering fact, if you put voltage into a circuit, there will be a voltage drop across the circuit. So it cannot be that it is exactly the forward voltage of the circuit in the 149 patent because there is a voltage drop across the driver. And there is no embodiment in the 149 patent that has exactly a forward voltage going into a driver. Do you think this is showing a device that's capable of being plugged into either a 120 or a 240 outlet? Not at the same time, but yes. No, I mean, I don't understand how that's a possibility. But that's what this is talking... Apparently, but it's talking about mains voltage when it's talking about 120, 240, not forward voltage. Yes, Your Honor. Can I just ask you this? What do you want us to do with this case? Because I think if we understand the literal... if we take the literal interpretation of Claim 2, it makes no sense that there is no such thing as forward voltage being received by the driver in exactly the same manner that is being used in the device because, as you say, it drops. But if you want to... And so if that's the case and you didn't prove that because you can't prove an impossibility so we could just affirm, or do you want us to go through the kind of arduous work of trying to come up with what this claim actually means when there's no really good explanation? It certainly is not Figure 30C. They didn't point us to anything in the specification, and it seems like if we do that, then we're either going to be forced to do that and send it back to the board or do that and then explain why there's no disputed facts that D shows all of that. We respectfully request that you have an opinion that addresses what it means because this is the only remaining claim for the district court on this patent, and it is a pending claim that we have to know what it means and we don't know from the board decision why... I guess I'm asking, why can't we make you go to the district court and file an indefiniteness or enablement or whatever motion and let them resolve it in a proper form instead of us? You could certainly do that. I know you don't want to go through the work, but... It's more than going through the work. In the district court, it takes a lot of money and time to get to indefiniteness and enablement, and it is not something that district courts are willing to do very easily. Here, it is a very hard claim to understand, and I think that what we have shown in the petition is that whatever Claim 2 means... What if we write an opinion that affirms and said, this is our understanding, but we don't understand how this is actually possible? Doesn't that help you with the district court? That would be amazing, Your Honor. Yes, that would help us with the district court. Whatever it means, though, was disclosed indecent and was shown in the petition, and we respectfully request that the court issue an opinion explaining what happens here. Thank you, Your Honors. Thank you. I thank both counsel for the cases submitted. That leads to our final case this morning, which is... I don't have it. I had one example. No, no, you don't have any time. Okay. Thank you.